PID# 2116452

AO 442 (Rev. 10/03) Warrant for Arrest (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

**Western** District of **Texas**

UNITED STATES OF AMERICA

V.

OMAR ANTONIO SANTAMARIA

**WARRANT FOR ARREST**

Case Number: 2:19-CR-3361 (01) AM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **OMAR ANTONIO SANTAMARIA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

U.S. MARSHALS SERVICE RECEIVED
SEP 27 2021
DEL RIO, TX

A true copy of the original, I certify,
Clerk U.S. District Court
By _____ Deputy

in violation of Title(s) _____ United States Code, Section(s) SEE ATTACHED PETITION

A. Martinez
Name of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

DATE ISSUED: 9/27/2021

Signature of Issuing Officer

9/27/2021                Del Rio, TX
Date and Location

Bail fixed at $ **DETAIN** by **U.S. District Judge Alia Moses**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS





## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Omar Antonio Santamaria            Case Number:   2:19-CR-03361(1)-AM

Name of Sentencing Judicial Officer:   Honorable Alia Moses, United States District Judge

Date of Original Sentence:   July 29, 2020

Original Offense:   8 U.S.C. § 1326-Illegal Re-Entry into the United States

Original Sentence:   16 months of imprisonment followed by a 3-year term of supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:   August 12, 2021

Assistant U.S. Attorney:   Rex G. Beasley          Defense Attorney:   Bianca Rocha Del Rio

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒  To issue a warrant
☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Mandatory Condition No. 3.** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug test thereafter (as determined by the court) but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant. |
| 2. | **Standard Condition No. 13:** The defendant shall follow the instructions of the probation officer related to the conditions of supervision.<br><br>On August 23, 2021, Mr. Santamaria failed to submit a required urinalysis as instructed by the United States Probation Officer. |

Omar Antonio Santamaria
DR:19-CR-03361(1)-AM
September 23, 2021
Page 2

    3.    **Standard Condition No. 5: The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On August 27, 2021, the United States Probation Officer attempted to make contact with Mr. Santamaria at his last known approved residence, but there was no answer at the door. A business card was left on the door requesting that he contact the officer. On September 10, 2021, a letter was mailed to his residence with reporting instructions for September 14, 2021. However, he failed to report as instructed. All efforts by the United States Probation Officer to make contact have been unsuccessful. Mr. Santamaria whereabouts are unknown.

**U.S. Probation Officer Recommendation:** On August 12, 2021, Mr. Santamaria commenced his term of supervise release after his immigration detainer was withdrawn. It should be noted that at the time of his sentencing, his previous illegal re-entry case, Dkt No. DR-CR-00818(1)-AM, was revoked, and he was sentenced to the custody of the U.S. Bureau of Prison to serve a term of 8 months to run consecutively to the sentence imposed in this case; with no supervised release to follow. Mr. Santamaria has a Criminal History Category of III and records indicate he has been previously deported on three occasions. His current whereabout are unknown.

Due to Mr. Santamaria's unwillingness to adhere to the conditions of the Court, the United States Probation Office respectfully recommends a warrant be issued, and his term of supervised release be revoked.

☒ The term of supervision should be
    ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Approved:

Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5315

Respectfully submitted,

Sandra G. Ross
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5386
Date: September 23, 2021

Omar Antonio Santamaria
DR:19-CR-03361(1)-AM
September 23, 2021
Page 3

Approved:

_____
James T. Ward
Supervisory Assistant U.S. Attorney
City Chief, Del Rio Division

cc: Joshua Banister
    Deputy City Chief, U.S. Attorney's Office

    Brenda Trejo-Olivarri
    Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a WARRANT. Bond is set in the amount of $ _____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.

☐ Other _____

_____
Honorable Alia Moses
U.S. District Judge

9-27-21
Date